


Angel Olivares
1101 Westward Way
Sacramento, CA 95833
Tel (916) 761-8795
Pro Se

DEC 22 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION
# 501 I STREET, SACRAMENTO, CA 95814

| | |
|---|---|
| IN RE ANGEL OLIVARES<br>Debtor | CASE NO 11-43380<br>NOTICE OF MOTION TO ALLOW SHORT SALE AND WITHDRAW THE CASE WITHOUT PREJUDICE<br>HONORABLE ROBERT S BARDWIL<br>Date 01-05-2012 (Thursday)<br>TIME 10 00<br>DEPT D<br>COURT ROOM 34 |

To U S Trusttee Mr Geoffrey Richards, and to his attorneys of record

Please take Notice that on Thursday, January 05, 2012 at 10 00 (A M), or as soon thereafter as the matter can be heard, in Department D before Honorable Robert S Bardwil at 501 I Street, 6th Floor, court room No 34 Sacramento, CA 95814

I am a pro se applicant in a Chapter 7 Bankruptcy Petition that I filed on 09/29/2011 My creditors have offered me options to cure my financial problems I am currently working with my creditors to settle my financial and real estate matters out of court My Mortgage lender has agreed to allow me to short sale my house and to work with me for remaining balances My real Estate Broker has informed me that the lending institution has done their homework and is now ready to accept a pending offer for a short sale on my real estate property My all other debit problems could be worked out without any wastage of precious time of this Honorable court if a short sale to my property is allowed

IN VIEW OF THE ABOVE, I PRAY AS FOLLOWS

1. Allow the debtor to short sale the house at 1101 Westward Way, Sacramento, CA 95833

2. I now request this honorable court to allow me to withdraw my Chapter 7 Petition without prejudice

3. Any other appropriate relief as the honorable court may deem just and proper

## DECLARATION

Above statement is true and correct and I declare the same under the penalty of perjury according to the laws of the United States of America

Dated 12/19/2011

Respectfully Submitted _____

Angel Olivares -Debtor